# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:06-CR-00318-02-RWS |
| TROY ALEXIS, : | |
| Defendant. : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [296] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant Alexis' Section 2255 Motion is hereby **DENIED**. Further, Defendant is **DENIED** a Certificate of Appealability.

**SO ORDERED** this __12th__ day of December, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE